IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEVIN F. JOHNSON,                    :
                                     :   CIVIL ACTION
          Petitioner,                :   NO. 13-03197
                                     :
          v.                         :
                                     :
JOHN W. KERESTES, et al.,            :
                                     :
          Respondents.               :

## ORDER

**AND NOW**, this **23rd** day of **September, 2022,** following a hearing on the record, it is hereby **ORDERED** that counsel for Petitioner and Respondent shall submit briefing in accordance with the Court's instructions to supplement the Compromise and Settlement Agreement for Habeas Relief [ECF No. 77] by **October 11, 2022.** The Agreement has been taken under advisement.[1]

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**

[1] The Court will inform the parties if the Attorney General is joined as amicus curiae.