IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEVIN F. JOHNSON,** | : | **CIVIL ACTION** |
| Petitioner, | : | |
| v. | : | |
| | : | |
| **JOHN W. KERESTES, et al.,** | : | |
| Respondents. | : | **NO. 13-03197** |

## ENTRY OF APPEARANCE

I hereby enter my appearance on behalf of the petitioner in the above-captioned matter.

## WITHDRAWAL OF APPEARANCE

Arianna J. Freeman hereby withdraws her appearance on behalf of petitioner in the above-captioned matter.

                                               Respectfully submitted,

                                               /s/ *Claudia Flores*
                                               CLAUDIA FLORES
                                               Assistant Federal Defender
                                               Federal Community Defender Office for
                                               the Eastern District of Pennsylvania
                                               601 Walnut Street, Suite 540 West
                                               Philadelphia, PA  19106
                                               (215) 928-1100

## CERTIFICATE OF SERVICE

I, Claudia Flores, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that on this date this document has been filed electronically and is available for viewing and downloading from the Court's ECF system.  I have served this document electronically upon Banafsheh Amirzadeh, Assistant District Attorney, Federal Litigation Unit, Philadelphia District Attorney's Office.

                                                      /s/ *Claudia Flores*
                                                     CLAUDIA FLORES
                                                     Assistant Federal Defendant

Date:  October 5, 2022