IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN F. JOHNSON, | : |
| | : CIVIL ACTION |
| Petitioner, | : NO. 13-03197 |
| | : |
| v. | : |
| | : |
| JOHN W. KERESTES, et al., | : |
| | : |
| Respondents. | : |

**ORDER**

**AND NOW**, this **11th** day of **January, 2023,** upon consideration of a letter request from the Pennsylvania Office of the Attorney General, it is hereby **ORDERED** that the request is **GRANTED.** The Pennsylvania Attorney General shall submit an amicus brief by **January 23, 2023.**

**AND IT IS SO ORDERED.**

_/s/ Eduardo C. Robreno_
**EDUARDO C. ROBRENO, J.**