```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| KEVIN F. JOHNSON, : | |
| : | CIVIL ACTION |
| Petitioner, : | NO. 13-03197 |
| : | |
| v. : | |
| : | |
| JOHN W. KERESTES, et al., : | |
| : | |
| Respondents. : | |

### ORDER

**AND NOW**, this **2nd** day of **May, 2023,** upon consideration of the record, it is hereby **ORDERED** that Petitioner shall provide the Court with a copy of the Jan. 20, 1988 Memorandum from R. Campolongo to J. Long and a copy of the Jan. 21, 2016, Amended PCRA Petition, which are referenced in Petitioner's 2020 PCRA Petition as Exhibits 3 and 4. Petitioner shall provide these documents on or by **May 9, 2023.**

       **AND IT IS SO ORDERED.**

                              *Eduardo C. Robreno*
                              **EDUARDO C. ROBRENO, J.**