IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN F. JOHNSON, | : |
| | : CIVIL ACTION |
| Petitioner, | : NO. 13-03197 |
| | : |
| v. | : |
| | : |
| JOHN W. KERESTES, et al., | : |
| | : |
| Respondents. | : |

### ORDER

**AND NOW**, this **24th** day of **July, 2023,** upon consideration of the record, it is hereby **ORDERED** that the Petition for Writ of Habeas Corpus, inclusive of all its supplements and amendments (ECF Nos. 1, 17, 36, 68, 93) is **DENIED**. It is **FURTHER ORDERED** that:

1. The Settlement Agreement (ECF No. 77) is **DENIED.**

2. The Motions for Leave to File (ECF Nos. 92, 93, and 94) are **GRANTED.**

3. The Clerk of Court is **DIRECTED** to mark this case **CLOSED.**

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**